UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MIKE CASARELLA,                                             Case No.: 16-cv-9531 (NSR)

                           Plaintiff,
                                                    **NOTICE OF MOTION**

   -against-

NEW YORK STATE DEPARTMENT OF
TRANSPORTATION, MIKE CRESNO,
individually and in his official capacity,
HECTOR BORANCO, individually and in his
official capacity, JOHN AND JANE DOES 1-10,
individually and in their official capacities and
XYZ CORP. 1-10,

                           Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the Declaration of Rudy A. Dermesropian, Esq., THE LAW OFFICE OF RUDY A. DERMESROPIAN, LLC will move the Court, at the United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, Honorable Judge Nelson S. Roma, for an Order granting this firm's motion to withdraw as counsel, awarding this firm a retaining lien and a charging lien for the work performed, and for such further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER ORDER** that pursuant to the scheduling order entered by the Court, papers in opposition shall be served not filed by July 7, 2017, and reply papers shall be served by July 14, 2017.

Dated: New York, New York
June 19, 2017

                              LAW OFFICE OF RUDY A. DERMESROPIAN, LLC
                              *Attorneys for Plaintiff*

                              By: _____/s/ Rudy A. Dermesropian_____
                                    Rudy A. Dermesropian (RD 8117)
                                    260 Madison Avenue, 15th Floor
                                    New York, NY 10016
                                    (646) 586-9030