

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2020

Writer's Direct Dial: (212) 416-6165

October 26, 2020

**MEMO ENDORSED**

**VIA ELECTRONIC FILING**
Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street, Room 218
White Plains, NY 10601

Re:  *Casarella v. State of New York*, et al., 16 Civ. 9531 (NSR) (AEK)

Dear Judge Roman:

This Office represents the defendants in the above-captioned matter. I write jointly on behalf of both parties to request an extension of the parties' deadline to file a joint pre-trial order from the current deadline of November 2, 2020 to January 11, 2021, as well as an adjournment of the pre-trial conference from the current scheduled date of November 12, 2020 until January 19, 2021.

This proposed extension is requested because the lead attorney in this case, Assistant Attorney General Benjamin Liebowitz, recently went out on parental leave. As I have just recently appeared in this case, I need time to gain familiarity with the remaining claims as well as the documents that will be relevant to preparing a pre-trial order. This extension will also provide time for the parties to participate in further settlement discussions following the Court's issuance of its Opinion and Order on October 1, 2020. There have been no prior requests for adjournment or extension of these dates.

Respectfully submitted,

/s/ Adam Sansolo
Adam Sansolo

Assistant Attorney General

The pretrial conference is adjourned from 11/12/20 until 1/15/21 at 2:15 pm. The parties' submission of a joint pretrial order is adjourned *sine die* and will be discussed at the next conference. The Clerk of Court is kindly requested to terminate the motion at ECF No. 94.

SO ORDERED:

Date: 10/26/2020
White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
www.ag.ny.gov