**MEMO ENDORSED**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2021

| LETITIA JAMES | DIVISION OF STATE COUNSEL |
|---|---|
| ATTORNEY GENERAL | LITIGATION BUREAU |

July 6, 2021

By ECF

Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> Defts' request for an adjournment of the Pretrial Teleconf. from July 7, 2021 until Sept. 8, 2021 at 10:45 am is granted with Pltf's consent. Dial-in instructions are contained in the Rescheduling Order (ECF No. 99). Clerk of Court requested to terminate the motion (doc. 100).
> Dated: July 6, 2021
>
> SO ORDERED:
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   Casarella v. NYS Dep't of Transp., et al., 16 Civ. 9531 (NSR)(LMS)

Dear Judge Román:

The Office of the Attorney General represents Defendants in the above captioned case. I write to update the Court on the progress of settlement discussions and to request a brief adjournment of the pre-trial conference currently scheduled for July 7, 2021 to August 5, 6, or 12, 2021. I write with the consent of Plaintiff's counsel.

Earlier today, for the first time in this matter, my office received authority to make an offer of settlement. I have transmitted an offer of settlement to Plaintiff's counsel, and the parties are now engaged in active settlement discussions.

This conference has been adjourned several times, and I am mindful that Rule IE of this Court's Individual Practices requires that requests for adjournments be made at least forty-eight (48) hours in advance. However, I wanted to apprise the Court of the current state of the parties' settlement discussions in advance of the scheduled conference, as well as request an adjournment in the interest of conserving the parties' and the Court's resources in the event the parties are able to reach a settlement in the coming days or weeks. This proposed adjournment would not affect any other scheduled dates.

Respectfully submitted,

/s/Benjamin D. Liebowitz
Benjamin D. Liebowitz