UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Mike Casarella,

                Plaintiff,

     - against -

New York Department of Transportation, *et al.*,

                Defendants.

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2021

**ORDER**

16 Civ. 9531 (NSR)

Román, D.J.:

      The Court having been advised that all claims asserted herein have been settled, it is hereby

      ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.  The pre-trial conference scheduled for September 23, 2021 is <u>cancelled</u>.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:     September 22, 2021
            White Plains, New York

                                                          Nelson S. Román, U.S.D.J.